UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES A. FARR** | * | **CIVIL ACTION NO.: 2:11-cv-03174** |
| | * | |
| **VERSUS** | * | **JUDGE MORGAN** |
| | * | |
| **CSX TRANSPORTATION, INC.** | * | |
| | * | **MAG. JUDGE CHASEZ** |
| ******************************************* | | |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, James A. Farr, and upon representing to the Court that his claims have been finally compromised and settled, moves this Court to dismiss his civil action, with prejudice, each party to pay its own cost.

Respectfully Submitted,

**DAVIS • SAUNDERS, PLC**

BY: _/s/ Carisa German-Oden_
  **CARISA GERMAN-ODEN #31463**
  **coden@davissaunders.com**
  **BENJAMIN B. SAUNDERS #11733**
  **bensaunders@davissaunders.com**
  **JOSEPH M. MILLER #30636**
  **jmiller@davissaunders.com**
  400 Mariners Plaza Drive, Suite 401
  Mandeville, Louisiana 70448
  Telephone: (985) 612-3070
  Facsimile: (985) 612-3072
  **Attorneys for James A. Farr**

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of May, 2013, a true and correct copy of the foregoing has been e-mailed and mailed, postage prepaid, to all counsel of record.

                                           */s/ Carisa German-Oden*
                                           CARISA GERMAN-ODEN