UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES A. FARR | * | CIVIL ACTION NO.: 2:11-cv-03174 |
| | * | |
| VERSUS | * | JUDGE MORGAN |
| | * | |
| CSX TRANSPORTATION, INC. | * | |
| | * | MAG. JUDGE CHASEZ |

*********************************************

## ORDER DISMISSING CLAIMS

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff, James A. Farr's claims are hereby dismissed with prejudice, each party to pay its own cost.

New Orleans, Louisiana, this 29th day of _____May_____, 2013.

_____
JUDGE MORGAN